# United States District Court
## Violation Notice

CVB Location Code: **EV64**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4977642 | MARTIN | 447 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/10/2015 0925 | 36 CFR 4.21(c) |

**Place of Offense:** N/B GWMP N/O BELLE HAVEN RD

**Offense Description: Factual Basis for Charge** HAZMAT ☐

SPEED 57/35
SAME / REAR / CLOSING
35798 / 181112 / 281699

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| LEAKE | SHAWN | V. |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| WUH4219 | VA | | HYUN/SONATA | 4DR | TAN |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 120  Forfeiture Amount
+ $25  Processing Fee

**PAY THIS AMOUNT →** $ (145.00)  Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

Date (mm/dd/yyyy): 08/13/2015
Time (hh:mm): 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident